# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHAS ADVANCED TECHNOLOGIES, LLC,<br><br>                      Plaintiff,<br>v.<br><br>EXPEDIA, INC,<br><br>                      Defendant. | C.A. No. 12-670-LPS |

## STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT EXPEDIA INC.

IT IS HEREBY STIPULATED AND AGREED by and between Cathas Advanced Technologies, LLC. and Expedia, Inc., subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties' claims and counterclaims in the above-captioned case be, and hereby are, dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: October 9, 2012

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Stephen B. Brauerman | /s/ Thomas Grimm |
| Richard D. Kirk (rk0922) | Thomas Grimm (#1098) |
| Stephen Brauerman (sb4952) | Karen Jacobs Louden (#2881) |
| 222 Delaware Ave., Suite 900 | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 655-5000 | Wilmington, DE 19899 |
| rkirk@bayardlaw.com | (302) 658-9200 |
| sbrauerman@bayardlaw.com | tgrimm@mnat.com |
| | klouden@mnat.com |
| *Attorneys for Plaintiff Cathas Advanced Technologies, LLC* | *Attorneys for Defendant Expedia, Inc.* |

IT IS SO ORDERED this ____ day of October, 2012

_____
The Honorable Leonard P. Stark
United States District Judge